# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MICHAEL DARNELL JONES § | |
| § | |
| v. § | CIVIL ACTION NO.3:23-CV-0462-S-BN |
| § | |
| TATE REHMET LAW OFFICE and § | |
| J BART SMITH § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the lawsuit will be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

SIGNED December 6, 2023.

**UNITED STATES DISTRICT JUDGE**